ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
15260 VENTURA BOULEVARD
SUITE 710
SHERMAN OAKS, CALIFORNIA 91403
PHONE:        (818) 933-5700
FACSIMILE:   (818) 933-5755

**FILED & ENTERED**

**DEC 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

MARISOL V. PEREZ

Debtor(s)

) Case No.1:20-10521-VK
)
) Chapter 13
)
) ORDER ON TRUSTEE'S MOTION FOR
) ORDER DISMISSING CHAPTER 13 CASE
) (11 U.S.C.§ 1307(c))
)
) No Hearing Required
) LBR 3015-1(w)(1)(A) and 9013-1(o)(3)
)
)

    The court having reviewed the trustee's declaration in support of motion to dismiss and being familiar with the contents of the court's file, and finding good cause,

    **IT IS HEREBY ORDERED** that the Trustee's motion is granted, and the case is dismissed without prejudice.

###

Date: December 21, 2022

Victoria S. Kaufman
United States Bankruptcy Judge